**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **MA-KA-ROHN, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4315973** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4322 SW 73 Avenue** <br> **Miami, FL 33155-4550** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **http://www.ma-ka-rohn.com**

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **MA-KA-ROHN, LLC**            Case number (if known) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **MA-KA-ROHN, LLC**                                                  Case number (*if known*)
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **4322 SW 73 Avenue
Miami, FL, 33155-4550**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**▮ Statistical and administrative information**

**13.  Debtor's estimation of available funds**       .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **MA-KA-ROHN, LLC**                                                    Case number (*if known*) _____
      Name

**16.  Estimated liabilities**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50  million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

| Debtor | **MA-KA-ROHN, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2024**
MM / DD / YYYY

**X** **/s/ Alexandra Montsarrat**                    **Alexandra Montsarrat**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Christina Vilaboa-Abel**    Date **April 1, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Christina Vilaboa-Abel 103186**
Printed name

**CAVA Law, LLC**
Firm name

**1390 South Dixie Highway**
**Suite 1110**
**Coral Gables, FL 33146**
Number, Street, City, State & ZIP Code

Contact phone    **+1 (786) 675-6830**    Email address    **eservice@cavalegal.com**

**103186 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 1, 2024**          X **/s/ Alexandra Montsarrat**
                                              Signature of individual signing on behalf of debtor

                                              **Alexandra Montsarrat**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MA-KA-ROHN, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Acorn Packaging Products** 16301 NW 15th Ave Miami, FL 33169 | | | | | | $15,347.22 |
| **Amerant Bank, NA** 220 Alhmabra Circle Coral Gables, FL 33134 | | **Large 12,500 sqft Freezer installed at premises.** | | $57,719.09 | $0.00 | $57,719.09 |
| **Amerant Bank, NA** | | **Pasto-Cookers Pastry Pasteurizer Equipment** | | $50,000.00 | $30,000.00 | $20,000.00 |
| **American Express National Bank World Financial Center 200 Vesey Street New York, NY 10285** | | **Corporate Purchases** | | | | $569,689.56 |
| **American Express National Bank World Financial Center 200 Vesey Street New York, NY 10285** | | **Corporate Purchases** | | | | $81,881.49 |
| **American Express National Bank World Financial Center 200 Vesey Street New York, NY 10285** | | **Corporate Purchases** | | | | $6,377.55 |
| **Florida Department of Revenue** P. O. Box 6668 Tallahassee, FL 32314 | | **Sales Tax Remittance** | | | | $10,000.00 |

| Debtor | **MA-KA-ROHN, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Florida Department of Revenue P. O. Box 6668 Tallahassee, FL 32314** | | | | | | **$8,905.58** |
| **Florida Department of Revenue P. O. Box 6668 Tallahassee, FL 32314** | | **Payroll Tax Remittance** | **Disputed** | | | **$6,000.00** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | | | | | **$37,783.75** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | | | | | **$32,574.04** |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | | | | | | **$19,013.06** |
| **International Finance Bank 777 SW 37th Ave Miami, FL 33135** | | **Line of Credit Balance** | | | | **$97,906.34** |
| **International Finance Bank 777 SW 37th Ave Miami, FL 33135** | | **Loan payable** | | | | **$53,906.34** |
| **Miami Dade Office Tax Collector 200 NW 2nd Ave Miami, FL 33128** | | | | | | **$5,500.00** |
| **Miami Dade Office Tax Collector 200 NW 2nd Ave Miami, FL 33128** | | | | | | **$4,834.00** |

Debtor    **MA-KA-ROHN, LLC**                                                            Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Bank, NA** <br> **P.O. Box 51193** <br> **Los Angeles, CA 90051-5493** | | **Forklift: Raymond Model 6210 Walkie Straddle Truck** | | **$9,065.33** | **$3,500.00** | **$5,565.33** |
| **Wells Fargo Bank, NA** <br> **P.O. Box 51193** <br> **Los Angeles, CA 90051-5493** | | **Corporate Transactions** | | | | **$3,693.88** |
| **Wells Fargo Bank, NA** <br> **P.O. Box 51193** <br> **Los Angeles, CA 90051-5493** | | **Corporate Transactions** | | | | **$1,945.83** |
| **Wells Fargo Bank, NA** <br> **P.O. Box 51193** <br> **Los Angeles, CA 90051-5493** | | **Corporate Transactions** | | | | **$35,203.46** |

**Fill in this information to identify the case:**

Debtor name    **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................................    $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................    $      **290,085.09**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................................    $      **290,085.09**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **120,784.42**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      **125,020.54**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **865,951.67**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                           $      **1,111,756.63**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MA-KA-ROHN, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amerant Operating Account** | **Business Checking** | **4706** | **$20,000.00** |
| 3.2. | **International Finance Bank** | **Business Checking** | **5147** | **$377.82** |
| 3.3. | **Pay Pal Account** | **Business Credit Account** | **XV7** | **$876.35** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $21,254.17 |
   |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

| Debtor | **MA-KA-ROHN, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Varied oils, flour, and other perishables used as raw materials for the prodcution of Macaroons.** | | **Unknown** | | **Unknown** |
| 20. | **Work in progress** **Varied different macaroons as ordered by different clients.** | | **Unknown** | | **Unknown** |
| 21. | **Finished goods, including goods held for resale** **Varied finished orders for delivery or pickup stored at the Debtor's business.** | | **Unknown** | | **Unknown** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

     Add lines 19 through 22.  Copy the total to line 84.

     **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
       Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Box erecting maching & compressor** | $0.00 | Comparable sale | $25,000.00 |
| **Shrink wrap machine, tunnel, & compressor** | $0.00 | Comparable sale | $15,000.00 |
| **Omega Mono Depositor** | $0.00 | | $16,000.00 |
| **Hobart 60-quart electric mixer** | $0.00 | | $13,000.00 |
| **Hobart 60-quart manual mixer** | $0.00 | Comparable sale | $6,500.00 |
| **Generator** | $0.00 | Comparable sale | $3,200.00 |
| **Freezer - Pan Am**<br>**Custom. 5y old.** | $0.00 | Comparable sale | $8,500.00 |
| **Baking Full Sheet Pans Used / Dim 17" x 26" x 1" D**<br>**Total of 611 @ 7.08 e/a** | $0.00 | Comparable sale | $4,327.92 |
| **Hobart Electric Oven** | $0.00 | Comparable sale | $4,400.00 |

Debtor    **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Pallet Stacker** | $0.00 | Comparable sale | $4,099.00 |
| **Gray Uline Bins**<br>**Heavy-Duty Stack and Nest Containers - 18 x 11 x 5"**<br>**Total of 369 @ $11 e/a** | $0.00 | Comparable sale | $4,059.00 |
| **Uline Conveyor Large**<br>**Expandable Flexible Gravity Skatewheel Conveyor 24" Wide 19' Long**<br>**Total of 2 @ $1600 e/a** | $0.00 | Comparable sale | $3,200.00 |
| **Stainless Steel Work Tables**<br>**Commercial Kitchen Work Table**<br>**Total of 10 @ $500 e/a** | $0.00 | Comparable sale | $5,000.00 |
| **Uline Conveyor Small**<br>**200 Expandable Gravity Skatewheel Conveyor**<br>**Total of 3 @ $1000 e/a** | $0.00 | Comparable sale | $3,000.00 |
| **Walk In Fridge 10' x 6' x 7'** | $0.00 | Revenue based | $3,000.00 |
| **Electric Standing Oven**<br>**Vulcan Convection Over**<br>**Not refurbished** | $0.00 | Comparable sale | $2,500.00 |
| **Floor Cleaning Machine**<br>**Auto Floor Scrubber With Traction Drive, 20" Cleaning Path** | $0.00 | Comparable sale | $3,000.00 |
| **West Elm Desks**<br>**Total of 3 @ $900 e/a** | $0.00 | Comparable sale | $2,700.00 |
| **Electric Pallet Jack**<br>**Hyster Electric Pallet Jack** | $0.00 | Comparable sale | $2,500.00 |
| **Mixing Bowls - 60 Quarts**<br>**Total of 6 @ $400** | $0.00 | Comparable sale | $2,400.00 |
| **Uline Work Table**<br>**Packing Station Starter Table - 60 x 36"**<br>**Total of 6 @ $350** | $0.00 | Comparable sale | $2,100.00 |
| **Double Oven Racks**<br>**Bakery Roll-in Double Oven Rack**<br>**Total of 5 @ $400** | $0.00 | Comparable sale | $2,000.00 |
| **AC Unit** | $0.00 | Comparable sale | $2,000.00 |

Debtor   **MA-KA-ROHN, LLC**                                Case number *(If known)* _____
         Name

| | | | |
|---|---|---|---|
| **Hobart Dishwasher**<br>**Hobart AM15 Commercial Dishwasher**<br>**203-240V 1-Ph** | $0.00 | Comparable sale | $2,000.00 |
| **Hobart Mixer - 20 Quarts**<br>**Hobart A200 20 Quart Dough Mixer & Mixer**<br>**Bowl** | $0.00 | Comparable sale | $1,800.00 |
| **Best Pack Box Machine** | $0.00 | Comparable sale | $1,500.00 |
| **Picking Rack**<br>**Mobile Stackable Bin Organizers**<br>**Total of 5 @ $320** | $0.00 | Comparable sale | $1,600.00 |
| **Table Top Refrigerator**<br>**Kolice Commercial Tabletop 11 Cu. Ft Air**<br>**Cooling Freezer Refrigerator** | $0.00 | Comparable sale | $1,050.00 |
| **Atosa Single Door Fridge**<br>**ATOSA MBF8004GR One Door Reach-In**<br>**Refrigerator, Top Mount** | $0.00 | Comparable sale | $1,000.00 |
| **Hand Jack for Bowl**<br>**Uline Manual Lift Tables**<br>**Total of 2 @ $415 e/a** | $0.00 | Comparable sale | $830.00 |
| **Single Rack**<br>**Stainless Steel Rolling Bakery Platter Carts**<br>**Racks**<br>**Total of 8 @ $100** | $0.00 | Comparable sale | $800.00 |
| **Bowl Dolly**<br>**Hobart Mixer Bowl Dolly Mixing Compatible**<br>**with 30, 40, 60, 80 QT Dough Bowls**<br>**Total of 6 @ $100** | $0.00 | Comparable sale | $600.00 |
| **Uline Ladder**<br>**Step Ladder** | $0.00 | Comparable sale | $600.00 |
| **Three Part Sink**<br>**Commercial Stainless Steel 3 Compartment**<br>**Free Standing Utility Sink**<br>**Total of 2 @ $ 300** | $0.00 | Comparable sale | $600.00 |
| **Booth and Table**<br>**Restaurant Booth For 4 People**<br>**Total of 2 @ $ 300** | $0.00 | Comparable sale | $600.00 |
| **Premium Stand Fridge**<br>**9.0 CuFt Commercial Display 1-Glass Door**<br>**Refrigerator** | $0.00 | Comparable sale | $550.00 |

Debtor    **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Electric Hand Dryer**<br>**Excel Dryer- Automatic Dryer Machine**<br>Total of 3 @ $125 e/a | $0.00    Comparable sale | $375.00 |
| **Large Trash Bins**<br>**Brute Trash Cans**<br>Total of 6 @ $60 e/a | $0.00    Comparable sale | $320.00 |
| **60 Quarts Wisk**<br>**Hobart 60qt VMLH 60 D Mixing Wire Wisk Whip**<br>Total of 2 @ $150 | $0.00    Comparable sale | $300.00 |
| **20 Quart Paddle**<br>**Hobart 20 Quart Mixer Paddle Flat Beater**<br>Total of 2 @ $65 e/a | $0.00    Comparable sale | $130.00 |
| **20 Quart Wisk**<br>**Whisk DS20D 20 Quart Whip Commercial**<br>**Kitchen Mixer Attachment Wire Metal**<br>Total of 2 @ $90 | $0.00    Comparable sale | $180.00 |
| **20 Quart Bowl**<br>**Mixer Bowl - Silver**<br>Total of 2 @ $85 | $0.00    Comparable sale | $170.00 |
| **Frigidair Fridge/Freezer**<br>**Compact White Top Freezer 1-5 Cubic Feet**<br>**Capacity Refrigerator** | $0.00    Comparable sale | $150.00 |
| **Microwaves**<br>Total of 3 @ $40 e/a | $0.00    Comparable sale | $120.00 |
| **60 Quart Paddle**<br>**Hobart VMLH60B Beater Flat Paddle Mixer**<br>Total of 2 @ $60 | $0.00    Comparable sale | $120.00 |
| **Fixture - Hand Sink**<br>Total of 4 @ $40 e/a | $0.00    Comparable sale | $160.00 |
| **Red Containers**<br>**Uline Plastic Stackable Bins**<br>Total of 50 @ $1 | $0.00    Comparable sale | $50.00 |
| **Foldable Milk Crate**<br>**34 Quart Plastic Milk Crates Stackable,**<br>**Collapsible Storage Crate**<br>Total of 90 @ $6 e/a | $0.00    Comparable sale | $540.00 |

Debtor    **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
           Name

| Description | Current value | Basis for valuation | Value |
|---|---|---|---|
| **Mobile Computer Desk** **Adjustable Height Mobile Workstation** Total of 2 @ $100 e/a | $0.00 | Comparable sale | $200.00 |
| **Tablet Charging Station** **Learniture 30-Compartment Laptop/Tablet Charging Cart** | $0.00 | | $400.00 |
| **Rolling Cart** **Finnhomy 3 Tier Heavy Duty Commercial Grade Utility Cart** Total of 3 @ $50 e/a | $0.00 | Comparable sale | $150.00 |
| **Heat Tunnel** **Excel Packaging Systems PP1606-20 Heat Shrink Tunnel** Total of 2 @ $1500 | $0.00 | Comparable sale | $3,000.00 |
| **Hand Piston Depositor** | $0.00 | Comparable sale | $3,000.00 |
| **Macaron Packaging 24** **Total of 9408** **Unknown value** | $0.00 | N/A | Unknown |
| **Macarons Packaging Heart** **Total of 4536** **Unknown Value** | $0.00 | N/A | Unknown |
| **Locker** **Uline Ventilated Double Tier Industrial Locker** Total of 6 @ $400 e/a | $0.00 | Comparable sale | $2,400.00 |
| **Folding Metal Container** **Uline Collapsible Wire Containers 25"** Total of 9 @ $250 Each | $0.00 | Comparable sale | $2,250.00 |
| **West Elm Chair** Total of 4 @ $250 e/a | $0.00 | Comparable sale | $1,000.00 |
| **Storage Rack** **Warehouse Industrial Pallet Racks Heavy Duty Drop System - 102"W x 48"D x 120"H** Total of 6 @ $250 e/a | $0.00 | Comparable sale | $1,500.00 |
| **Dolly** **Tote Dolly - Plastic, 26 x 19 x 11"** Total of 100 @ $75 | $0.00 | Comparable sale | $7,500.00 |
| **Stackable Bins** **Round Trip Storage Totes / Organization Bins** Total of 500 @ $45 | $0.00 | Comparable sale | $22,500.00 |

Debtor  **MA-KA-ROHN, LLC**                                      Case number *(If known)* _____
　　　　　Name

| | | | |
|---|---|---|---|
| **Pasto-Cookers**<br>**Pastry Pasteurizer Equipment** | $0.00 | Comparable sale | $30,000.00 |
| **Large Freezer** | $0.00 | Comparable sale | $35,000.00 |
| **Forklift: Raymond Model 6210 Walkie Straddle Truck** | $0.00 | Comparable sale | $3,500.00 |
| **Xerox Machine: Altalink c8055** | $0.00 | Comparable sale | $2,800.00 |

51.　**Total of Part 8.**                                                                    | **$268,830.92** |
　　　Add lines 47 through 50.  Copy the total to line 87.

52.　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　　■ No
　　　☐ Yes

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

**Part 9:　Real property**

54. **Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

**Part 10:　Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No.  Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** | | | |
| 62.　**Licenses, franchises, and royalties** | | | |
| 63.　**Customer lists, mailing lists, or other compilations**<br>**Email list of costumers.** | Unknown | | Unknown |
| **Phone number list for mass text offers.** | Unknown | | Unknown |
| 64.　**Other intangibles, or intellectual property**<br>**The brand name "Ma-Ka-Rohn"** | Unknown | | Unknown |
| 65.　**Goodwill** | | | |

Debtor    **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Claim with the IRS for an Employment Retention Credit under the CARES Act. Tax years of 2020 and 2021. The amount is estimated and contingent on IRS approval.** | Tax year **2020-2021**                      **Unknown** |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **MA-KA-ROHN, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,254.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $268,830.92 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $290,085.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $290,085.09 |

**Fill in this information to identify the case:**

Debtor name **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1** **Amerant Bank, NA**<br>Creditor's Name<br><br>**220 Alhmabra Circle**<br>**Coral Gables, FL 33134**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Large 12,500 sqft Freezer installed at premises.** | $57,719.09 | $0.00 |

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Amerant Bank, NA**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Pasto-Cookers**<br>**Pastry Pasteurizer Equipment** | $50,000.00 | $30,000.00 |
|---|---|---|---|

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **MA-KA-ROHN, LLC**
_____      Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Wells Fargo Bank, NA** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 51193**
**Los Angeles, CA**
**90051-5493**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $9,065.33      $3,500.00
**Forklift: Raymond Model 6210 Walkie Straddle Truck**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Xerox Corporation** | | |
|---|---|---|---|

Creditor's Name

**PO Box 76047**
**Tampa, FL 33675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $4,000.00      $2,800.00
**Xerox Machine: Altalink c8055**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $120,784.42 |

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**P. O. Box 6668**<br>**Tallahassee, FL 32314** | $10,000.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax Remittance**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**P. O. Box 6668**<br>**Tallahassee, FL 32314** | $6,000.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax Remittance**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **MA-KA-ROHN, LLC**                                                     Case number (if known)
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,905.58 | $8,905.58 |

**Florida Department of Revenue**
**P. O. Box 6668**
**Tallahassee, FL 32314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05/22, 09/22, 11/22, 12/22, 01/23,**
**02/23, 12/23**

Basis for the claim:

Last 4 digits of account number **3182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,783.75 | $37,783.00 |

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 30, 2022**

Basis for the claim:

Last 4 digits of account number **5973**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,574.04 | $32,574.04 |

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**September 30, 2022**

Basis for the claim:

Last 4 digits of account number **5973**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,013.06 | $19,013.06 |

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**December 31, 2019**

Basis for the claim:

Last 4 digits of account number **5973**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **MA-KA-ROHN, LLC**     Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     **$410.11**    **$410.11** |
| | Date or dates debt was incurred<br>**December 31, 2022** | Basis for the claim: |
| | Last 4 digits of account number **5973**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.8 | Priority creditor's name and mailing address<br>**Miami Dade Office Tax Collector**<br>**200 NW 2nd Ave**<br>**Miami, FL 33128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     **$5,500.00**    **$5,500.00** |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim: |
| | Last 4 digits of account number **1738**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.9 | Priority creditor's name and mailing address<br>**Miami Dade Office Tax Collector**<br>**200 NW 2nd Ave**<br>**Miami, FL 33128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed     **$4,834.00**    **$4,834.00** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim: |
| | Last 4 digits of account number **5762**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                              **Amount of claim**

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Acorn Packaging Products**<br>**16301 NW 15th Ave**<br>**Miami, FL 33169** | As of the petition filing date, the claim is: *Check all that apply.*    **$15,347.22**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1220** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express National Bank**<br>**World Financial Center**<br>**200 Vesey Street**<br>**New York, NY 10285** | As of the petition filing date, the claim is: *Check all that apply.*    **$569,689.56**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Corporate Purchases**<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **MA-KA-ROHN, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.3** **Nonpriority creditor's name and mailing address**

**American Express National Bank**
**World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number  **3006**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Corporate Purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$81,881.49**

---

**3.4** **Nonpriority creditor's name and mailing address**

**American Express National Bank**
**World Financial Center**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number  **2008**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Corporate Purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$6,377.55**

---

**3.5** **Nonpriority creditor's name and mailing address**

**International Finance Bank**
**777 SW 37th Ave**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Line of Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

**$97,906.34**

---

**3.6** **Nonpriority creditor's name and mailing address**

**International Finance Bank**
**777 SW 37th Ave**
**Miami, FL 33135**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan payable**

Is the claim subject to offset? ■ No ☐ Yes

**$53,906.34**

---

**3.7** **Nonpriority creditor's name and mailing address**

**Wells Fargo Bank, NA**
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**

Date(s) debt was incurred _

Last 4 digits of account number  **3540**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Corporate Transactions**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,945.83**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Wells Fargo Bank, NA**
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**

Date(s) debt was incurred _

Last 4 digits of account number  **3557**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Corporate Transactions**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,693.88**

---

**3.9** **Nonpriority creditor's name and mailing address**

**Wells Fargo Bank, NA**
**P.O. Box 51193**
**Los Angeles, CA 90051-5493**

Date(s) debt was incurred _

Last 4 digits of account number  **7139**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Corporate Transactions**

Is the claim subject to offset? ■ No ☐ Yes

**$35,203.46**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **MA-KA-ROHN, LLC**
_____    Case number (if known) _____
                Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 125,020.54 |
| **5b. Total claims from Part 2** | 5b. + | $ 865,951.67 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 990,972.21 |

**Fill in this information to identify the case:**

Debtor name   **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Bay at the Debtors business location. Lease expired and is now treated as month-to-month. Debtor to assume the lease.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Barbara Neija** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for premises. Held by two entities:**<br>**Bird Wingate LLC**<br>**c/o Alan Smith**<br>**4300 SW 73rd Ave, Suite 107**<br>**Miami, FL 33155**<br><br>**and**<br><br>**Bears on 96, LLC**<br>**c/o Coletee Lentini**<br>**10200 Sabal Palm Ave.**<br>**Coral Gables, FL 33156** | |
| | State the term remaining | | **Bird Wingate LLC**<br>**c/o Alan Smith**<br>**4300 SW 73rd Ave, Suite 107**<br>**Miami, FL 33155** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alexandra Montserrat** | **4822 SW 73 Avenue Miami, FL 33155 Address obtained from Return of Service on Case No. 2022-024755-CA-01 (Miami-Dade)** | **American Express National Bank** | ☐ D _____ ☑ E/F __3.2__ ☐ G _____ |
| 2.2 | **Alexandra Montserrat** | **4822 SW 73 Avenue Miami, FL 33155 Address obtained from Return of Service on Case No. 2022-024755-CA-01 (Miami-Dade)** | **American Express National Bank** | ☐ D _____ ☑ E/F __3.3__ ☐ G _____ |
| 2.3 | **Alexandra Montserrat** | **4822 SW 73 Avenue Miami, FL 33155 Address obtained from Return of Service on Case No. 2022-024755-CA-01 (Miami-Dade)** | **American Express National Bank** | ☐ D _____ ☑ E/F __3.4__ ☐ G _____ |
| 2.4 | **Alexandra Montserrat** | **4822 SW 73 Avenue Miami, FL 33155 A. Montserrat is the Owner of the Company.** | **Florida Department of Revenue** | ☐ D _____ ☑ E/F __2.1__ ☐ G _____ |

Debtor    **MA-KA-ROHN, LLC** _____    Case number *(if known)* _____

| | |
|---|---|
| ██████ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|
| | |

| | | | |
|---|---|---|---|
| 2.5 | **Alexandra Montserrat** | **4822 SW 73 Avenue**<br>**Miami, FL 33155**<br>**A. Montserrat is the Owner of the Company.** | **Florida Department of Revenue** |

☐ D  _____
■ E/F   **2.2**
☐ G  _____

**Fill in this information to identify the case:**

Debtor name    **MA-KA-ROHN, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$2,649,170.23** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$4,008,654.49** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | MA-KA-ROHN, LLC | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101** | **Levied Amerant Bank Account ending in 4706** | **March 26, 2024 (approx)** | $20,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **American Express National Bank vs MA-KA-ROHN LLC, a/k/a Ma-Ka-Rohn, a/k/a Makarohn Llc and Alexandra Montsarrat 2022-024755** | **Civil - Collection of Debt** | **Miami Dade Circuit Court 73 West Flagler Street Miami, FL 33130** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Michael Burke vs Ma-Ka-Rohn, LLC 2024-CA-004059** | **Complaint** | **Broward County Court** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

| Debtor | MA-KA-ROHN, LLC | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CAVA Law, LLC**<br>**1390 S Dixie Hwy**<br>**Suite 1110**<br>**Miami, FL 33146** | | **09/19/2023** | **$10,000.00** |
| | **Email or website address**<br>**eservice@cavalegal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

| Debtor | MA-KA-ROHN, LLC | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor   **MA-KA-ROHN, LLC** _____  Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Unknown** | **Alexandra Montsarrat** | **Contains a box erecting machine which was too big to maintain in the smaller operating space after the downsize.** | ☐ No<br>■ Yes |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor    **MA-KA-ROHN, LLC**                                          Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
□ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexandra Montsarrat | 4322 SW 73 Avenue<br>Miami, FL 33155 | President and Registered Agent | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Romain Montsarrat | 10300 NW 66 Street<br>Miami, FL 33178 | Vice President and Treasurer | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor  **MA-KA-ROHN, LLC**                                    Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value Distribution/Repayment |
|---|---|---|---|---|
| 30.1. | Alexandra Montsarrat | $4,000 and $1,500 | March 2024 | |
| | **Relationship to debtor** President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2024**

**/s/ Alexandra Montsarrat**                        **Alexandra Montsarrat**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re  **MA-KA-ROHN, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alexandra Montsarrat**<br>**8390 SW 72 Avenue**<br>**# 106**<br>**Miami, FL 33143** | | | **Ownership Interest 50% - President** |
| **Romain Montsarrat**<br>**10300 NW 66 Street**<br>**Miami, FL 33178** | | | **Ownership Interest 50% - V. President** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 1, 2024**

Signature  **/s/ Alexandra Montsarrat**

**Alexandra Montsarrat**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re   **MA-KA-ROHN, LLC**
                  Debtor(s)
Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April  1, 2024**                **/s/ Alexandra Montsarrat**
                                        **Alexandra Montsarrat**/**President**
                                        Signer/Title

Acorn Packaging Products
16301 NW 15th Ave
Miami, FL 33169


Alexandra Montserrat
4822 SW 73 Avenue
Miami, FL 33155


Alexandra Montserrat
4822 SW 73 Avenue
Miami, FL 33155


Alexandra Montserrat
4822 SW 73 Avenue
Miami, FL 33155


Alexandra Montserrat
4822 SW 73 Avenue
Miami, FL 33155


Alexandra Montserrat
4822 SW 73 Avenue
Miami, FL 33155


Amerant Bank, NA
220 Alhmabra Circle
Coral Gables, FL 33134


Amerant Bank, NA


American Express National Bank
World Financial Center
200 Vesey Street
New York, NY 10285


American Express National Bank
World Financial Center
200 Vesey Street
New York, NY 10285


American Express National Bank
World Financial Center
200 Vesey Street
New York, NY 10285

Barbara Neija


Bird Wingate LLC
c/o Alan Smith
4300 SW 73rd Ave, Suite 107
Miami, FL 33155


Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314


Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314


Florida Department of Revenue
P. O. Box 6668
Tallahassee, FL 32314


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


International Finance Bank
777 SW 37th Ave
Miami, FL 33135

```
International Finance Bank
777 SW 37th Ave
Miami, FL 33135


Miami Dade Office Tax Collector
200 NW 2nd Ave
Miami, FL 33128


Miami Dade Office Tax Collector
200 NW 2nd Ave
Miami, FL 33128


Wells Fargo Bank, NA
P.O. Box 51193
Los Angeles, CA 90051-5493


Wells Fargo Bank, NA
P.O. Box 51193
Los Angeles, CA 90051-5493


Wells Fargo Bank, NA
P.O. Box 51193
Los Angeles, CA 90051-5493


Wells Fargo Bank, NA
P.O. Box 51193
Los Angeles, CA 90051-5493


Xerox Corporation
PO Box 76047
Tampa, FL 33675
```